# IN THE UNITED STATES COURT OF APPEALS
## FOR THE FIFTH CIRCUIT

No. 17-41058
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
September 4, 2018

Lyle W. Cayce
Clerk

ENEDELIA RIVAS,

      Plaintiff - Appellant

v.

WAL-MART STORES TEXAS, L.L.C.,

      Defendant – Appellee

Appeal from the United States District Court
for the Southern District of Texas
USDC No. 1:16-CV-224

Before HIGGINBOTHAM, JONES, and SMITH Circuit Judges.

PER CURIAM:[*]

    After reviewing the briefs, record, and relevant precedent, we AFFIRM the district court's adoption of the magistrate's report and recommendation essentially for the reasons set forth therein. *See* 5TH CIR. R. 47.6.

---

[*] Pursuant to 5th Cir. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5th Cir. R. 47.5.4.